**MEMO ENDORSED**

> The plaintiff is directed to submit a proposed preliminary injunction order by May 18, 2022.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: May 11, 2022
> New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAKA RESEARCH INC.,** | Civil Action No: 22-cv-02957 |
| Plaintiff, | |
| v. | Honorable Judge Edgardo Ramos |
| **UILIKO Storefront,** | |
| Defendant. | Honorable Magistrate Judge Debra C. Freeman |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Pursuant to 35 U.S.C. § 271, Plaintiff, Daka Research Inc. ("Plaintiff" or "Daka") hereby moves this Honorable Court for entry of a preliminary injunction order against Defendant, UILIKO Storefront ("UILIKO" or "Defendant") from continuously infringing Plaintiff's Patents, and an order restraining Defendant's asset.

Declarations and Memorandum of Law in Support of this Motion and are filed concurrently.

Respectfully Submitted:

Date: 04/30/2022

By /s/ He Cheng
He Cheng
Robin.Cheng@glacier.law
Wei Wang
Wei.Wang@glacier.law
Tao.Liu
Tao.Liu@glacier.law
Glacier Law LLP
200 Park Ave, Suite 1703
New York, NY 10166
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2022, this motion, together with the memorandum in support of this motion, and the declaration of Fuliang Tang in support of this motion were served on Defendant UILIKO Storefront via Amazon Buyer-Seller Messaging Service and web posting pursuant to Court's Order [Dkt. No. 15].

                                                Respectfully Submitted:

Date: 04/30/2022　　　　　　　　　　　　　By /s/ He Cheng
　　　　　　　　　　　　　　　　　　　　　He Cheng